# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS SNYDER,

    Plaintiff,

v.

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:16-CV-2192
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 2nd DAY OF FEBRUARY, 2018, upon *de novo* review of Magistrate Judge Schwab's Report & Recommendation ("R&R") (Doc. 12), Plaintiff's Objections thereto (Doc. 13), and the other documents of record, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 12) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Objections (Doc. 13) are **OVERRULED**. Plaintiff's Objections consist of nothing more than a list of legally and factually unsupported assertions that the Magistrate Judge "committed reversible error." Plaintiff's Objections do not explain why the Magistrate Judge is incorrect in her findings, nor did Plaintiff submit a brief in support of his Objections elaborating on the short and conclusory statements which form the entirety of his Objections. Regardless, this Court agrees with the Magistrate Judge's conclusion that the issue on appeal "is not whether Mr. Snyder is disabled, but whether the Commissioner's finding that he is not disabled is

supported by substantial evidence and was reached based upon a correct application of the relevant law." (Doc. 12, at 5). Magistrate Judge Schwab was correct in "declin[ing] to reweigh the evidence and instead review for whether there is substantial evidence in support of the ALJ's determination. (*Id.* at 10). Snyder's Objections fail to explain why the Magistrate Judge was incorrect in any of her conclusions, including recommending that that the Court affirm the ALJ's weighing of Snyder's statement testimony and find that substantial evidence existed to support the ALJ's determination of how much weight to afford the medical opinion evidence. Because Plaintiff has failed to explain the basis for any of his Objections, the Court is at a loss to know the specific reasons he contends that the Magistrate Judge is incorrect, and thus declines to address Plaintiff's assertions in any further detail.

3. Plaintiff's Appeal is **DENIED**.
4. The Commissioner of Social Security's decision is **AFFIRMED**.
5. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge